PROB 12C
(7/93)

# UNITED STATES DISTRICT COURT
for
## WESTERN DISTRICT OF TEXAS



F I L E D

APR 07 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jesus Javier Ornelas      Case Number: 2:16-CR-01265-AM(1)

Name of Sentencing Judicial Officer: Honorable Orlando L. Garcia, Chief United States District Judge

Date of Original Sentence: November 28, 2017

Original Offense: Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1)

Original Sentence: 36 months imprisonment followed by 3 years supervised release

Type of Supervision: Supervised release      Date Supervision Commenced: September 15, 2021

Assistant U.S. Attorney: Justin Chung      Defense Attorney: John J. Stickney

## PREVIOUS COURT ACTION

On January 26, 2018, an Order removing the above-styled case from the docket of the Honorable Orlando L. Garcia, Chief United States District Judge and transferring it back to the docket of the Honorable Alia Moses, United Stated District Judge for further proceedings was filed.

## PETITIONING THE COURT

☒ The issuance of a warrant
☐ The issuance of a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | **Mandatory Condition:** **The defendant shall not commit another federal, state, or local crime during the term of supervision.** |

On April 2, 2022, the offender was arrested by the Kerrville Police Department for Terroristic Threat (Family Violence) and Assault – Family Violence resulting from a disturbance call for service.

According to the incident report prepared by the Kerrville Police Department, the offender's girlfriend, Lyndsy Reyes, reported the offender was her boyfriend who lived with her and her roommate, Bobbie Vargas, in an apartment. Reyes relayed she and the offender had been dating off and on for the past seven years and had a six-year-old child together. Reyes explained she and the offender were involved in a verbal disturbance and a disturbance via text messaging regarding different people coming to the apartment for Vargas. Reyes stated the offender believed some of these people were coming over to visit her and the offender

Jesus Javier Ornelas
2:16-CR-01265-AM(1)
Petition for Warrant or Summons
Page 2

threatened to kill her in one of the text messages. The officer observed the message which stated "I'm going to kill you tonight bitch watch."  Reyes stated she was in fear for her life and that she wanted to pursue criminal charges against the offender.

The officer interviewed the offender who admitted he and Reyes had been verbally arguing about people coming in and out of the apartment asking Reyes for different things. The officer subsequently placed the offender under arrest for Terroristic Threat (Family Violence - Class A Misdemeanor) based on the text message Reyes showed the officer.

Once the offender was arrested and taken away, Lyndsy Reyes admitted to a Sergeant that the offender had additionally assaulted her by (pulling her to the ground by her hair, pushed, shoved, struck with fist, and kicked on her body while on the ground). Reyes further stated the offender also tried to stab both Lyndsy and Bobbie. The Sergeant observed visible injuries from the assault on her buttocks.   Subsequently, the offender was also charged with Assault – Family Violence (Class A Misdemeanor).

**U.S. Probation Officer Recommendation:**

Jesus Ornelas commenced his term of supervised release on September 15, 2021. Since then, he has been supervised by both federal and state parole officers.   In the short term he has been supervised, the offender secured employment and enrolled in GED classes. Reportedly, the offender was residing with his stepbrother. However, the Kerrville Incident Report reflects he was residing with his girlfriend in an apartment. At this time, it is respectfully recommended a warrant be issued for the offender's arrest and his term of supervised release be revoked.

☒   The term of supervision should be

   ☒   revoked.   (Maximum penalty: __2__ years imprisonment; _3_ years supervised release;
             and payment of any unsatisfied monetary sanction previously imposed)

   ☐   extended for __ years, for a total term of __ years.

☐   The conditions of supervision should be modified as follows:


Approved:                                                                 Respectfully submitted,

for  /s/                                                                        for  /s/
_____                            _____
Stephen Gray                                                           Karla Webb
Supervising U.S. Probation Officer                        U.S. Probation Officer
Telephone:  (210) 472-6590, Ext. 5331              Telephone:  (210) 472-6590, Ext. 5329
                                                                                  Date:  April 7, 2022

Jesus Javier Ornelas
2:16-CR-01265-AM(1)
Petition for Warrant or Summons
Page 3

Approved:

_____
James T. Ward
Supervisory Assistant U.S. Attorney
City Chief, Del Rio Division

cc:   Joshua Banister
      Deputy City Chief, U.S. Attorney's Office

      Brenda Trejo-Olivarri
      Assistant Deputy Chief U.S. Probation Officer

---

THE COURT ORDERS:

☐ No action.

☒ The issuance of a WARRANT.   Bond is set in the amount of $_____ cash/surety with supervision by the United States Probation Office to continue as a condition of release.

☐ The issuance of a SUMMONS.

☐ Other _____

_____
Honorable Alia Moses
U.S. District Judge

4-7-22
_____
Date